# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE | § |
| | § |
| TWONA G. ANDREWS, | §   CIVIL ACTION NO. H-08-3568 |
| | § |
| Debtor. | § |

## ORDER OF DISMISSAL

On January 5, 2009, this court ordered Twona Andrews, appellant, to show cause why this case should not be dismissed for failure to comply with the requirements for filing an appeal from the Bankruptcy Court's order. The record reflects no compliance. This case is dismissed, without prejudice.

SIGNED on February 19, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge